Martin Walters E-86183
C.S.P. - SOL. 6-206
P.O. Box 4000
VacaVille CA. 95696
Pro Se
Pro per Petitioner

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
2008 JAN 28 PM 4:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARTIN E. WALTERS
Petitioner,

VS.

CAL. Director of CORREKTIONS
Respondent

NO. '08 CV 0167 DMS NLS

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

Petitioner, MARTIN E. WALTERS, Moves this Court for an order appointing counsel at Public expense. 28 U.S.C. §§ 1915(e)(1), 2254(h); 18 USC § 3006A.

Counsel should be appointed because the issues in this case are particularly complex; and petitioner is a layman at law, who does not have Meaningful access to the law materials; nor is unable to proceed alone because he does not understand procedure.

ORIGINAL



cf

Factual Alegations Supporting petitioner's motion requesting Appointment of counsel.

1. petitioner is a layman at law, who suffers from chronic back pain and Visual impairment "Double Vision".

2. At best petitioner can only utilize the law library 2 times a week and more often then not only 0 times per week.

3. Petitioner does not fully comprehend where the appropriate procedure is located and the staff and inmates lead petitioner down the wrong paths.

4. Petitioner's issues are complex, because California uses words that have dual meaning, (e.g. Parole), they operate a implied indeterminate sentence without the Appropriate operational statutes and deliberately mis state petitioner's classification as a "Life term" prisoner seeking an illegal sentence, or "parole suitability". when this is untrue.

5. Petitioner has been a victim of the states sophism and artiface and continues to observe the United States Supreme Court being duped by the Artiface of parole and "life prisoners" seeking parole or using indeterminate Sentencing Scheme (I.S.L.) that was abolished in 1977 and based upon statutes that are also abolished, decisional law is being misused to deny relief.

6. Petitioner knows he can not subscribe or adopt the states sophism and be able to express himself truthfully in order to communicate effectively, and subsequently obtain the relief he is entitle to.

7. Petitioner is fairly certain an attorney could easily provide this court with a concise and articulate statement of relevent facts, where petitioner

will drone on and on trying to say what needs to be said, when a lawyer could say it in 75% less words.

////
////
////

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed at California State prison in the city of Vacaville, in Solano county, California on 1-3-2008 A.D..

Date January 3, 2008

Martin Walters

MARTIN Walters
Pro per petitioner