EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
WILLIAM M. WOOD
Deputy Attorney General
State Bar No. 73219
110 West "A" Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2202
Fax: (619) 645-2191
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN EDWARD WALTERS,**<br>Petitioner,<br>**v.**<br>**D. K. SISTO, Warden,**<br>Respondent. | 08CV0167-DMS (NLS)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS** |

I am the Deputy Attorney General recently assigned to prepare a response in this matter, which is due on March 17, 2008 (motion to dismiss) or April 1, 2008 (answer). I respectfully request that this Court grant an enlargement of time to file a motion to dismiss to April 1, 2008, for the reasons set forth below. This is Respondent's first request for an enlargement.

When I was assigned to this case, I was engaged in drafting a respondent's brief in *People v. Brown*, California Court of Appeal, Fourth Appellate District, Division Two, case number E42775, which was, and is, due March 17, 2008, with three previous extensions of time granted. I completed drafting the brief on March 3, 2008. I have also prepared for and, on March 4, 2008, presented oral argument in *People v. Sanchez*, California Court of Appeal, Fourth Appellate District, Division Two, case number E041694.

///

I began working on this case on March 5, 2008. I have reviewed the appellate record and records of Petitioner's previous state and federal habeas filings. I have also requested additional records, including the petition for review from Petitioner's direct appeal. At this time, I have not received the petition for review.

Based on the material I have been able to review thus far, I believe a motion to dismiss is in order based on a violation of the federal period of limitations. I have not yet determined whether additional grounds for a motion to dismiss exist.

Because I do not yet have all the pertinent records and because adequate time for review and processing of the motion, and duplication of Petitioner's previous appeal and filings is necessary, I believe the additional time requested herein is reasonable and necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ WILLIAM M. WOOD
WILLIAM M. WOOD
Deputy Attorney General

Attorneys for Respondent

WMW:tag

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: ***Martin Edward Walters v. D. S. Sisto, Warden*** No.: 08CV0167DMS (NLS)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 6, 2008, I served the attached ***APPLICATION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Martin Walters**
**E-86183**
**C.S.P. - Sol.**
**P.O. Box 4000**
**Vacaville, CA 95696**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 6, 2008, at San Diego, California.

TERRI A. GARZA — Declarant

Terri A. Garza (signature) — Signature