**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARTIN EDWARD WALTERS,<br>Petitioner,<br>v.<br>D.K SISTO, Warden,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.08cv167 DMS (NLS)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS**<br><br>[Doc. No. 8] |

Respondent's counsel filed an application for extension of time to file a motion to dismiss. The motion is currently due March 17, 2008. Respondent seeks to continue this date by two weeks. In support Respondent's counsel says that he has reviewed the appellate record and records of Petitioner's previous state and federal habeas filings, but is waiting to receive additional records that he requested, including Petitioner's petition for review from his direct appeal. This is Respondent's first request for an extension.

For good cause shown, this Court **GRANTS** Respondent's application, and continues the deadline to file a motion to dismiss to ***April 1, 2008***. Petitioner's opposition shall be due ***April 22, 2008***.

**IT IS SO ORDERED.**

DATED: March 7, 2008

Nita L. Stormes

Hon. Nita L. Stormes
U.S. Magistrate Judge