EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DASILVA
Deputy Attorney General
WILLIAM M. WOOD, State Bar No. 73219
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2202
Fax: (619) 645-2191
Email: William.Wood@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN EDWARD WALTERS,** Petitioner, v. **D K. SISTO, WARDEN,** Respondent. | 08 CV 0167 DMS (NlS)<br>**NOTICE OF LODGMENT**<br>Courtroom: Judge:The Honorable Nita L. Stormes |

Pursuant to the order of this Court, filed February 1, 2008, Respondent hereby lodges the following state court records:

1. Clerk's Transcript, volumes 1 and 2, in *People v. Martin Edward Walters*, state court of appeal number D014157.

2. Opinion of the California Court of Appeal, Fourth Appellate District, Division One, in *People v. Martin Edward Walters*, case number D014157.

3. Order of the California Supreme Court in *People v. Martin Edward Walters*, case number S027386.

4. Petition for Writ of Habeas Corpus in *Martin E. Walters v. Jeanne Woodford*, San Diego County Superior Court case numbers HC17872 and CR 105749.

5. Order of the San Diego County Superior Court in *In re Martin E. Walters*, case numbers HC 17872 and CR 103749.

6. Petition for Writ of Habeas Corpus in *Martin E. Walters v. Jeanne Woodford*, California Court of Appeal, Fourth Appellate District, Division One, case number D045658.

7. Order of the California Court of Appeal, Fourth Appellate District, Division One, in *In re Martin E. Walters*, case number D045658.

8. Petition for Writ of Habeas Corpus in *Martin E. Walters v. Jeanne Woodford*, California Supreme Court case number S132581.

9. Order of the California Supreme Court in *In re Martin Walters*, case number S132581.

10. Petition for Writ of Habeas Corpus in *Martin Walters v. Tom L. Carey*, San Diego County Superior Court case numbers HC 17872 and CR 103749.

11. Order of the San Diego County Superior Court in *In re Martin E. Walters*, case numbers HC 17872 and CR 103749.

12. Petition for Writ of Habeas Corpus in the California Court of Appeal, Fourth Appellate District, Division One, in *In re Martin E. Walters v. D. K. Sisto*, case number D050312.

13. Order of the California Court of Appeal, Fourth Appellate District, Division One, in *In re Martin E. Walters*, case number D050312.

14. Petition for Review in the California Supreme Court in *Martin E. Walters v. Superior Court*, case number S153765.

15. Order of the California Supreme Court in *In re Martin E. Walters*, case number S153765.

16. Petition for Writ of Habeas Corpus in the Fresno County Superior Court in *Martin E. Walters v. California Board of Prison Hearings*, case number 07CRWR678286.

17. Order Transferring Petition, Notice of Transfer, Clerk's Certificate of Mailing, and Receipt of Petition for Writ of Habeas Corpus.

18. Order of the San Diego County Superior Court in *In re Martin E. Walters*, case numbers HC 17872 (2d Petition) and CR 103749.

Dated: March 24, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General

s/WILLIAM M. WOOD

WILLIAM M. WOOD
Deputy Attorney General
Attorneys for Respondent

70118517.wpd
SD2008800363

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: ***Walters v. Sisto***

No.: **08 CV 0167 DMS (NlS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 26, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Martin Edward Walters
E-86183
C.S.P. - Sol.
P.O. Box 4000
Vacaville, CA 95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 26, 2008, at San Diego, California.

| | |
|---|---|
| Terri Garza | Terri Garza |
| Declarant | Signature |

70118767.wpd