# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 APR 29 PM 3:56

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Stormes

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 4/16/2008

CASE NO.: 08cv0167 DMS (NLS) DOCUMENT FILED BY: Petitioner

CASE TITLE: Walters v. Sisto

DOCUMENT ENTITLED: Letter (Re: Request for Extension of Time to File Opposition to Motion)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 77.2 | **OTHER: Order not grantable by Clerk without further direction of the Judge.** |

**Date forwarded:** 4/23/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. It is also ORDERED that the Clerk send Petitioner a copy of the 28 U.S.C. § 2255 form.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: NITA L. STORMES

Dated: 4/28/08 By: [signature]

cc: All Parties

REJECTED 4-12-08

Dear Court Clerk

Hello, my name is Martin Edward Walters, I am currently before this court in a Habeas Corpus proceeding reguarding the State portion of a "package Deal" plea Agreement Violation and I am proceeding in forma pauporis. we are on Lock down and dont have good access to the (Deficient) law library to obtain the appropriate forms and Copies are hard to get.

I want to file this 28 U.S.C. § 2255, Probably out of a unforseen necessity so that the Hon. Court has Jurisdiction or enough info. or if it is required. The Cases are intertwined and I am ignorant.

If it's not Too much trouble or illegal would you please file this and direct me to get the Copies or forma pauporis packet and Signatures, I will. Im true sorry if Im a pain, I feel very desperate and have so many short commings, and Im afraid this situation will go on for weeks and I have a dead line in the §2254 case, and Im sure the will be Combined.

If Im out of line please say so, I so dont want to cause you any grief or extra work and I know I am, and Im sorry.

If you could I'd deeply Appreciate it!

Sincerely

Martin Walters E-86183
C.S.P. - Sol. 16-206
P.O. Box 4000
Vacaville, CA.
95696

RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA